# PROOF OF SERVICE

I, the undersigned, declare:

That I am an employee of Baughman & Wang and my business address is:

>  111 Pine Street, Suite 1350
>  San Francisco, CA 94111

That I served the within:

>  RE:   C07-3562 SBA
>
>  1)   SUMMONS IN A CIVIL ACTION;
>  2)   CIVIL COVER SHEET;
>  3)   PLAINTIFF'S ORIGINAL COMPLAINT FOR WRIT IN THE NATURE OF MANDAMUS;
>  4)   ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND DEADLINES; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; AND
>  5)   ELECTRONIC CASE FILING REGISTRATION INFORMATION HANDOUT

by placing said documents in an envelope, which was then sealed, with postage fully paid thereon, and was this day addressed as follows:

>  Alberto Gonzales (By Certified Mail)
>  Attorney General
>  U.S. Department of Justice
>  950 Pennsylvania Avenue, NW
>  Washington, DC 20530-0001
>
>  US Attorneys Office (By Certified Mail)
>  450 Golden Gate Avenue, Box 36055
>  San Francisco, CA 94102
>  Attn: Civil Process Clerk
>
>  Office of the General Counsel (By Certified Mail)
>  U.S. Department of Homeland Security
>  Washington, DC 20528
>
>  Robert S. Mueller, III (By Certified Mail)
>  Director
>  Federal Bureau of Investigations
>  Office of the General Counsel
>  Room 7427, 935 Pennsylvania Ave., N.W.,
>  Washington, DC 20535

Executed this July 11, 2007 at San Francisco, California.

> Joanna Lai