SCOTT N. SCHOOLS (SC 9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6730
FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STEPHEN CHANG and HONGYAN CHEN,<br><br>             Plaintiffs,<br><br>      v.<br><br>MICHAEL CHERTOFF, Secretary, Department of Homeland Security; ROBERT S. MUELLER, III, Director of the Federal Bureau of Investigation,<br><br>             Defendants. | No. C 07-3562 SBA<br><br><br><br>ANSWER TO COMPLAINT |

Defendant Michael Chertoff ("Defendant") hereby submits his answer to Plaintiffs' Complaint for Writ in the Nature of Mandamus.

1.  Paragraph One consists of Plaintiffs' characterization of this action for which no answer is required; however, to the extent that such allegations are deemed to require an answer, Defendant admits that the application is pending with the United States Citizenship and Immigration Services ("USCIS").

**PARTIES**

2.  Defendant admits the allegations in Paragraph Two with the exception that Plaintiff Stephen Chang is 69 years of age, and is a native of China.

3.  Defendant admits the allegations in Paragraph Three.

ANSWER
07-3562 SBA                                                1

4. Defendant is without sufficient information to admit or deny the allegations contained in Paragraph Four. To the extend a response is required, Defendant denies the allegations.

## JURISDICTION

5. Paragraph Five consists of Plaintiffs' allegations regarding jurisdiction, to which no responsive pleading is required; however, to the extent a responsive pleading is deemed necessary, Defendant denies the allegations in this paragraph.

## VENUE

6. Paragraph Six consists of Plaintiffs' allegations regarding venue, to which no responsive pleading is required; however, to the extent a responsive pleading is deemed necessary, Defendant denies the allegations in this paragraph. Defendant avers that unless specifically provided by law, aliens have no residence in the United States for venue purposes.

## EXHAUSTION OF REMEDIES

7. Paragraph Seven consist solely of Plaintiffs' conclusions of law for which no answer is necessary, but insofar as answers may be deemed necessary, the allegations in Paragraph Seven are denied.

## CAUSE OF ACTION

8. Defendant admits the allegations in Paragraph Eight with the exception that Plaintiff Stephen Chang's file indicates he is a native of China.

9. Defendant admits that Plaintiff Hongyan Chen's adjustment application remains pending. Defendant is without sufficient information to admit or deny the remaining allegations in Paragraph Nine.

10. Defendant denies the allegations in Paragraph Ten.

11. Defendant denies the allegations in Paragraph Eleven.

12. Paragraph Twelve consist solely of Plaintiffs' conclusions of law for which no answer is necessary, but insofar as answers may be deemed necessary, the allegations in Paragraph Twelve are denied.

## PRAYER

13. Paragraph Thirteen consists of Plaintiffs' prayer for relief, to which no admission or

denial is required; to the extent a responsive pleading is deemed to be required, Defendant denies this paragraph.

## AFFIRMATIVE AND/OR OTHER DEFENSES

All allegations not here before specifically admitted, denied, or modified are hereby denied. For further and separate answer, Defendant alleges as follows:

### FIRST DEFENSE

The Court lacks jurisdiction over the subject matter of this action

### SECOND DEFENSE

The Complaint fails to state a claim against the Defendant upon which relief can be granted.

### THIRD DEFENSE

No acts or omissions by the United Stats or its employees were the proximate cause of any injury or damages to the Plaintiffs.

### FOURTH DEFENSE

At all times alleged in the complaint, Defendant was acting with good faith, with justification, and pursuant to authority.

### FIFTH DEFENSE

The Defendant is processing the applications referred to in the Complaint to the extent possible at this time. Accordingly, no relief as prayed for is warranted.

WHEREFORE, Defendant prays for relief as follows:

That judgment be entered for Defendant and against Plaintiffs, dismissing Plaintiffs' Complaint with prejudice; that Plaintiffs take nothing; and that the Court grant such further relief as it deems just and proper under the circumstances.

Dated: September 10, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

      /s/
MELANIE L. PROCTOR
Assistant United States Attorney
Attorneys for Defendants