1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELANIE L. PROCTOR (CSBN 228971)
   Melanie.Proctor@usdoj.gov
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
6  Telephone: (415) 436-6730
   FAX: (415) 436-6927

7  Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STEPHEN CHANG and HONGYAN CHEN, <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL CHERTOFF, Secretary, Department of Homeland Security; ROBERT S. MUELLER, III, Director of the Federal Bureau of Investigation, <br><br> Defendants. | No. C 07-3562 SBA <br><br> EX PARTE APPLICATION TO RESCHEDULE HEARING ON CROSS MOTIONS FOR SUMMARY JUDGMENT; [PROPOSED] ORDER |

On September 10, 2007, Defendants answered Plaintiffs' Complaint and moved to dismiss the Federal Bureau of Investigation. On the same date, Plaintiffs moved for summary judgment. Defendants have opposed Plaintiffs' motion, and cross moved for summary judgment. Hearing is set for October 16, 2007, on both Defendant Mueller's motion to dismiss and Plaintiffs' motion for summary judgment. The current schedule does not allow Defendants time to reply to Plaintiffs' opposition to their cross motion for summary judgment.

///

///

///

///

1  Accordingly, Defendants hereby request the Court to extend the hearing date on the cross
2 motions for summary judgment from October 16, 2007, to October 30, 2007,[1] at 1:00 p.m.
3 Undersigned counsel has communicated with counsel for Plaintiffs, who oppose this request.

4 Dated: October 2, 2007                                    Respectfully submitted,

5                                                          SCOTT N. SCHOOLS
                                                           United States Attorney
6

7                                                          _____/s/_____
                                                           MELANIE L. PROCTOR
8                                                          Assistant U.S. Attorney

9

10

11                                   **ORDER**

12  Defendants have shown good cause for the extension request.  The hearing on the cross
13 motions for summary judgment is hereby rescheduled to October 30, 2007.  IT IS SO ORDERED.

14 Dated:
15                                                         _____
                                                           SAUNDRA B. ARMSTRONG
16                                                         United States District Court Judge

---

[1] Defendants' counsel currently has a hearing in San Jose on October 23, 2007, and thus cannot be in Oakland on that date.

EX PARTE MOTION
07-3562 SBA                              2