1   JUSTIN X. WANG (CSB #166183)
    PEGGY A. SHIH (CSB#197545)
2   **BAUGHMAN & WANG**
    111 Pine Street, Suite 1350
3   San Francisco, California 94111
    Telephone: (415) 576-9923
4   Facsimile: (415) 576-9929

5   Attorneys for Plaintiffs

6               UNITED STATES DISTRICT COURT

7             NORTHERN DISTRICT OF CALIFORNIA

8                    OAKLAND DIVISION

9
    Stephen CHANG and Hongyan CHEN,        )   Case No.: C 07-3562 SBA
10                                          )
                          Plaintiffs,       )   **PLAINTIFFS' OPPOSITION TO**
11                                          )   **DEFENDANTS' EX PARTE**
    vs.                                     )   **MOTION TO RESCHEDULE HEARING**
12                                          )   **ON CROSS MOTIONS FOR SUMMARY**
    MICHAEL CHERTOFF, Secretary,            )   **JUDGMENT**
13  Department of Homeland Security;        )
    ROBERT S. MUELLER, Director of Federal  )
14  Bureau of Investigation,                )   District Judge: Honorable Sandra Armstrong
                                            )   Date: October 16, 2007
15                        Defendants.       )   Time: 1:00 p.m.
                                            )   Courtroom: 3, 3rd Floor
16

17       Plaintiffs moved for summary judgment on September 10, 2007, with a noticed hearing

18  date of October 16, 2007.  Defendants have been given ample notice of the hearing and time to

19  prepare an opposition or to file their cross motion, having filed their own motion to dismiss on

20  September 10, 2007 to be heard on the same date as Plaintiffs' motion for summary judgment.

21  Defendants were aware of the briefing schedule, which allowed Defendants time to reply

22  Plaintiffs' motion or to file their own cross motion.

23

24       Plaintiffs oppose this motion because Defendants have not shown good cause for the

25  extension request.

26

27  Dated: October 3, 2007                          Respectfully submitted,

28

Case No.: C 07-3562 SBA
PLAINTIFFS' OPPOSITION TO DEFENDANTS' EX PARTE MOTION       F:\Peggy\immigration\mandamus\CHEN, Hongyan\ex parte opp.wpd

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

/s/
Justin. X. Wang
Attorney for Plaintiffs