**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

S<small>TEPHEN</small> C<small>HANG AND</small> H<small>ONGYAN</small> C<small>HEN</small>,

    Plaintiffs,

v.

M<small>ICHAEL</small> C<small>HERTOFF</small>, *et al.*,

    Defendants.

No. C 07-3562 SBA

**ORDER**

    The case management conference scheduled for December 20, 2007, is hereby reset to February 14, 2008 at 3:00 P.M., via telephone. The parties shall **meet and confer** prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten days prior to the Case Management Conference that complies with the Standing Order For All Judges Of The Northern District Of California and the Standing Order of this Court. Plaintiff shall be responsible for filing the statement as well as for arranging the conference call. All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

    IT IS SO ORDERED.

December 19, 2007

                                                      Saundra Brown Armstrong
                                                      United States District Judge