JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6730
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STEPHEN CHANG and HONGYAN CHEN,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>MICHAEL CHERTOFF, Secretary, Department of Homeland Security; ROBERT S. MUELLER, III, Director of the Federal Bureau of Investigation,<br><br>　　　　　　Defendants. | No. C 07-3562 SBA<br><br>STIPULATED DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a); ORDER TERMINATING ALL DEADLINES AND CASE MANAGEMENT CONFERENCES |

PlaintiffS, by and through their attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, pursuant to Fed. R. Civ. P. 41(a) to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services has adjudicated Plaintiff Chen's application for adjustment of status.

//

///

///

///

///

///

Each of the parties shall bear their own costs and fees.

Dated: February 8, 2008               Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

_____/s/_____
MELANIE L. PROCTOR[1]
Assistant United States Attorney
Attorneys for Defendants

Dated: February 8, 2008              _____/s/_____
JUSTIN WANG
Attorney for Plaintiffs

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED. The Court hereby terminates all pending motions, hearings, and deadlines. The Clerk shall close the file.

Date:   2/11/08

SAUNDRA B. ARMSTRONG
United States District Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

STIPULATED DISMISSAL
07-3562 SBA                             2